McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Patrick Fredette, #0080523 (*pro hac vice* forthcoming)
  *patrick.fredette@mccormickbarstow.com*
312 Walnut Street
Cincinnati, OH  45202
Telephone:  (513) 762-7520
Facsimile:  (513) 762-7521

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101

Attorneys for Defendants
AMERICAN HOME ASSURANCE COMPANY, AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, AND COMMERCE & INDUSTRY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| D.R. HORTON, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HOME ASSURANCE COMPANY, a New York corporation; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, a New York corporation; COMMERCE & INDUSTRY INSURANCE COMPANY, a New York corporation; DOE individuals I - X; ROE Corporations I - X, <br><br> Defendants. | Case No. 2:14-cv-01967-RFB-GWF <br><br> **STIPULATION TO EXTEND THE TIME TO FILE A RESPONSIVE PLEADING (THIRD REQUEST)** <br><br> The Hon. Richard F. Boulware <br><br> Trial Date:         TBD |

Plaintiff, D.R. HORTON, INC. and Defendants AMERICAN HOME ASSURANCE COMPANY, AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, and COMMERCE & INDUSTRY INSURANCE COMPANY, by and through their respective counsel of record, hereby stipulate to extend the time for Defendants to file their responsive pleading to the

1  Complaint until March 11, 2015.  This stipulation is not sought for the purpose of undue delay but
2  rather as a professional courtesy and ongoing productive settlement discussions.

3  DATED this 11th day of February, 2015

4  DURHAM JONES & PINEGAR

5  By   /s/ *Shane W. Clayton*
   Shane W. Clayton
6  Nevada Bar No. 8783
   10785 West Twain Avenue, Suite 200
7  Las Vegas, Nevada 89135
   Tel. (702) 870-6060
8

9  Attorneys for Plaintiff
   D.R. HORTON, INC.
10

11  DATED this 11th day of February, 2015

12  McCORMICK, BARSTOW, SHEPPARD,
    WAYTE & CARRUTH LLP

13  By   /s/ *Jonathan W. Carlson*
    Patrick Fredette (*pro hac vice* forthcoming)
14  312 Walnut Street
    Cincinnati, OH  45202
15  Tel. (513) 762-7520

16
    Jonathan W. Carlson
17  Nevada Bar No. 10536
    8337 West Sunset Road, Suite 350
18  Las Vegas, Nevada 89113
    Tel. (702) 949-1100
19

20  Attorneys for Defendants
    AMERICAN HOME ASSURANCE COMPANY,
21  AMERICAN INTERNATIONAL SPECIALTY
    LINES INSURANCE COMPANY, AND
22  COMMERCE & INDUSTRY INSURANCE
    COMPANY
23

    IT IS SO ORDERED.
24  DATED this 12th day of _____February_____, 2015

25

26  _____
    GEORGE FOLEY, JR.
27  United States Magistrate Judge

28