McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Patrick Fredette, #0080523 (*pro hac vice* forthcoming)
  *patrick.fredette@mccormickbarstow.com*
312 Walnut Street
Cincinnati, OH  45202
Telephone:  (513) 762-7520
Facsimile:  (513) 762-7521

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:     (702) 949-1101

Attorneys for Defendants
AMERICAN HOME ASSURANCE COMPANY, AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, AND COMMERCE & INDUSTRY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| D.R. HORTON, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN HOME ASSURANCE COMPANY, a New York corporation; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, a New York corporation; COMMERCE & INDUSTRY INSURANCE COMPANY, a New York corporation; DOE individuals I - X; ROE Corporations I - X,<br><br>　　　　　Defendants. | Case No. 2:14-cv-01967-RFB-GWF<br><br>**STIPULATION TO EXTEND THE TIME TO FILE A RESPONSIVE PLEADING (FOURTH REQUEST)**<br><br>The Hon. Richard F. Boulware<br><br>Trial Date:　　TBD |

　　　Plaintiff, D.R. HORTON, INC. and Defendants AMERICAN HOME ASSURANCE COMPANY, AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, and COMMERCE & INDUSTRY INSURANCE COMPANY, by and through their respective counsel of record, hereby stipulate to extend the time for Defendants to file their responsive pleading to the

Complaint until April 1, 2015.  This stipulation is not sought for the purpose of undue delay but rather due to ongoing productive settlement discussions.

DATED this 11th day of March, 2015

        DURHAM JONES & PINEGAR

By    /s/ *Shane W. Clayton*
Shane W. Clayton
Nevada Bar No. 8783
10785 West Twain Avenue, Suite 200
Las Vegas, Nevada 89135
Tel. (702) 870-6060

Attorneys for Plaintiff
D.R. HORTON, INC.

DATED this 11th day of March, 2015

        McCORMICK, BARSTOW, SHEPPARD,
        WAYTE & CARRUTH LLP

By    /s/ *Jonathan W. Carlson*
Patrick Fredette (*pro hac vice* forthcoming)
312 Walnut Street
Cincinnati, OH  45202
Tel. (513) 762-7520

Jonathan W. Carlson
Nevada Bar No. 10536
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for Defendants
AMERICAN HOME ASSURANCE COMPANY,
AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY, AND
COMMERCE & INDUSTRY INSURANCE
COMPANY

IT IS SO ORDERED.

DATED this 12th day of March, 2015

        *George Foley Jr.*
        UNITED STATES MAGISTRATE JUDGE