McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Patrick Fredette, #0080523 (*pro hac vice* forthcoming)
  *patrick.fredette@mccormickbarstow.com*
312 Walnut Street
Cincinnati, OH  45202
Telephone:  (513) 762-7520
Facsimile:  (513) 762-7521

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:     (702) 949-1100
Facsimile:      (702) 949-1101

Attorneys for Defendants
AMERICAN HOME ASSURANCE COMPANY, AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, AND COMMERCE & INDUSTRY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| D.R. HORTON, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>AMERICAN HOME ASSURANCE COMPANY, a New York corporation; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, a New York corporation; COMMERCE & INDUSTRY INSURANCE COMPANY, a New York corporation; DOE individuals I - X; ROE Corporations I - X,<br><br>             Defendants. | Case No. 2:14-cv-01967-RFB-GWF<br><br>**STIPULATION TO EXTEND THE TIME TO FILE A RESPONSIVE PLEADING (SIXTH REQUEST)**<br><br>The Hon. Richard F. Boulware<br><br>Trial Date:          TBD |

Plaintiff, D.R. HORTON, INC. and Defendants AMERICAN HOME ASSURANCE COMPANY, AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, and COMMERCE & INDUSTRY INSURANCE COMPANY, by and through their respective counsel of record, hereby stipulate to extend the time for Defendants to file their responsive pleading to the

1 Complaint until May 6, 2015.  This is the final stipulation in this regard that the parties shall submit.
2 The stipulation is not submitted for the purpose of undue delay but rather due to ongoing productive
3 settlement discussions.  The parties have mutual hope that this matter will resolve before the stipulated
4 responsive pleading due date, but if it does not the parties are prepared to move forward with
5 litigation.  This stipulation is submitted in an effort to avoid the unnecessary waste of judicial time and
6 resources since the matter may yet resolve in the near future.

ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 4th day of May, 2015.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

3357449.1     3     2:14-cv-01967-RFB-GWF
STIPULATION TO EXTEND THE TIME TO FILE A RESPONSIVE PLEADING