Shane W. Clayton, Esq.
Nevada Bar No. 8783
**DURHAM JONES & PINEGAR**
10785 West Twain Avenue, #200
Las Vegas, NV 89135
(702) 870-6060
Fax (702) 870-6090
sclayton@djplaw.com
*Attorneys for Plaintiff D.R. Horton, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| D.R. HORTON, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN HOME ASSURANCE COMPANY, a New York corporation; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, a New York corporation; COMMERCE & INDUSTRY INSURANCE COMPANY, a New York corporation; DOE individuals I - X; ROE Corporations I - X.<br><br>Defendants. | Case No.: 2:14-cv-01967-RFB-GWF<br><br>**NOTICE OF SETTLEMENT AND STIPULATION FOR STAY OF PROCEEDINGS**<br><br>The Hon. Richard F. Boulware<br><br>Trial Date: TBD |

Plaintiff, D.R. Horton, Inc. (hereinafter "Horton"), by and through its counsel of record, Shane W. Clayton, Esq., of the law firm Durham Jones & Pinegar, and Defendants, American Home Assurance Company, American International Specialty Lines Insurance Company and Commerce & Industry Insurance Company, by and through their counsel of record, Jonathan Carlson, Esq., of the law firm McCormick Barstow, hereby give notice of a settlement in this matter. In light of the settlement, the parties hereby stipulate to a stay of these proceedings until June 30, 2015 so that the parties can finalize the terms of their agreement and perform

LV_321230.1

the terms of the settlement.  Once the parties have finalized their agreement and performed the terms of the settlement, the parties anticipate filing a stipulation and order for dismissal with prejudice shortly after June 30, 2015, if not before.

DATED this __6th__ day of May, 2015.  DATED this __6th__ day of May, 2015.

*/s/ Shane W. Clayton*  
Shane W. Clayton, Esq.  
Nevada Bar No. 8783  
DURHAM JONES & PINEGAR  
10785 West Twain Ave., Suite 200  
Las Vegas, NV 89135  
(702) 870-6060  
*Attorney for Plaintiff, D.R. Horton, Inc.*

*/s/ Jonathan Carlson*  
Jonathan Carlson, Esq.  
Nevada Bar No. 10536  
McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP  
8337 W. Sunset Road, Suite 350  
Las Vegas, NV 89113  
(702) 949-1100  
*Attorneys for Defendants, American Home Assurance Company, American International Specialty Lines Insurance Company, and Commerce & Industry Insurance Company*

**IT IS SO ORDERED.**

DATED this __7th__ day of May, 2015.

_____  
GEORGE FOLEY, JR.  
United States Magistrate Judge

LV_321230.1

DURHAM JONES **& PINEGAR** 10785 W. Twain Ave., Ste. 200 Las Vegas, NV 89135 (702) 870-6060