Shane W. Clayton, Esq.
Nevada Bar No. 8783
**DURHAM JONES & PINEGAR**
10785 West Twain Avenue, #200
Las Vegas, NV 89135
(702) 870-6060
Fax (702) 870-6090
sclayton@djplaw.com
*Attorneys for Plaintiff D.R. Horton, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| D.R. HORTON, INC., a Delaware corporation, | Case No.: 2:14-cv-01967-RFB-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| AMERICAN HOME ASSURANCE COMPANY, a New York corporation; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, a New York corporation; COMMERCE & INDUSTRY INSURANCE COMPANY, a New York corporation; DOE individuals I - X; ROE Corporations I -X. | The Hon. Richard F. Boulware

Trial Date: TBD |
| Defendants. | |

Plaintiff, D.R. Horton, Inc. (hereinafter "Horton"), by and through its counsel of record, Shane W. Clayton, Esq., of the law firm Durham Jones & Pinegar, and Defendants, American Home Assurance Company, American International Specialty Lines Insurance Company and Commerce & Industry Insurance Company, by and through their counsel of record, Jonathan Carlson, Esq., of the law firm McCormick Barstow, hereby stipulate and agree to dismiss this

LV_330140.1

matter, with prejudice, with each party to bear its own attorney fees and costs. This matter may now be closed.

DATED this 25th day of June, 2015.                    DATED this 25th day of June, 2015.

*/s/ Shane W. Clayton*                                          */s/ Jonathan Carlson*
Shane W. Clayton, Esq.                                       Jonathan Carlson, Esq.
Nevada Bar No. 8783                                           Nevada Bar No. 10536
DURHAM JONES & PINEGAR                          McCORMICK, BARSTOW, SHEPPARD,
10785 West Twain Ave., Suite 200                     WAYTE & CARRUTH LLP
Las Vegas, NV 89135                                            8337 W. Sunset Road, Suite 350
(702) 870-6060                                                      Las Vegas, NV 89113
*Attorney for Plaintiff, D.R. Horton, Inc.*                (702) 949-1100
                                                                              *Attorneys for Defendants, American Home Assurance Company, American International Specialty Lines Insurance Company, and Commerce & Industry Insurance Company*

**IT IS SO ORDERED.**

DATED this ___1st___ day of July, 2015.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

LV_330140.1